UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re                                         :
                                              :
**JOSEPH T. GRANCHELLI,**                     :    Case No. 18-23674-SHL
                                              :
                                              :    (Chapter 11)
                                              :
                    Debtor.                   :
------------------------------------------------------X

## ORDER REOPENING BANKRUPTCY CASE

On May 21, 2024, the Court held a hearing on the Motion for Order Reopening Bankruptcy Case filed by William K. Harrington, the United States Trustee ("Motion").  Dkt. 180.  Appearances are as noted in the record of the hearing.  It appearing that appropriate notice has been given, and cause existing for the relief requested under 11 U.S.C. § 350(b) and Federal Rules of Bankruptcy Procedure 5010 and 9024 (implementing Fed. R. Civ. Pro. 60(b) herein), as set forth in the record and at the hearing on the Motion, it is hereby

**ORDERED** that the Motion is granted, and objections to the Motion are overruled; and it is

**FURTHER ORDERED** that the above-captioned chapter 11 case is reopened.

White Plains, New York
Dated: June 11, 2024

                                    */s/ Sean H. Lane*
                                    HONORABLE SEAN H. LANE
                                    UNITED STATES BANKRUPTCY JUDGE