| UNITED STATES BANKRUPTCY COURT | Hearing Date: May 28, 2025 |
| SOUTHERN DISTRICT OF NEW YORK | Hearing Time: 10:00AM |

| In Re: | Case No. 18-23674 |
| | Chapter 11 |
| Joseph T Granchelli, | Assigned to: |
| | Hon. Sean H. Lane |
| Debtor | Bankruptcy Judge |

## MOTION TO APPROVE STIPULATION

Deutsche Bank National Trust Company, as Trustee for HSI Asset Loan Obligation Trust 2007-1 (hereinafter "Creditor"), secured creditor of the aforementioned Debtor, by and through its counsel, McCabe, Weisberg & Conway, LLC, hereby brings this Motion to Approve Stipulation, entered, and further states as follows:

1. Creditor has a secured claim that encumbers the real property located at 1071 Grove Street, Rye, New York 10543.

2. Pursuant to an Order on Debtor's Motion to Sell, Earth Improvements did not close on the Property.

3. Secured Creditor and Earth Improvements have come to an agreement and have executed the Stipulation, attached as Exhibit "A".

4. Pursuant to the Stipulation, Earth Improvements is responsible for paying any escrow disbursements that may come due prior to the closing of the Property. As of May 2, 2025, there was an additional escrow disbursement in the amount of $3,357.29.

5. The additional escrow disbursement in the amount of $3,357.29 and any other

escrow disbursements prior to the closing, will need to be paid by Earth Improvements to Creditor.

6.      By virtue of the foregoing, Parties seek to have this Stipulation Approved by this Honorable Court.

**WHEREFORE**, for the foregoing reasons, Creditor prays that the Stipulation be approved by this Honorable Court.

Dated: New Rochelle, New York
      May 6, 2025

By:   */s/ Melissa S. DiCerbo*
Melissa S. DiCerbo, Esq.
McCabe, Weisberg & Conway, LLC
Attorneys for Secured Creditor