UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                    Chapter 11

HELEN RACANELLI,                          Case No. 16-22617 (DSJ)

                              Debtor.

------------------------------------------------------------x

In re:                                    Chapter 11

JOSEPH T. GRANCHELLI,                     Case No. 18-23674 (DSJ)

                              Debtor.

------------------------------------------------------------x

## **ORDER REGARDING REASSIGNED MATTERS**

        The above-referenced two cases have been reassigned to me. I am aware of a motion by the Office of the United States Trustee that appears to be fully briefed, and that was scheduled to be heard by the previously assigned judge on August 12. Unless the Court subsequently directs otherwise, the Court will hear the matter via Zoom for Government during its previously scheduled 10:00 a.m. calendar on August 12. If live evidence will be required, the parties should contact chambers to arrange a separate in-person hearing date. If the parties believe the Court should be aware of any additional matters or take additional action, they may docket a letter to that effect. The Court also is available for a status conference if the parties believe that would be useful.

**SO ORDERED.**

Dated: New York, New York
      July 22, 2025                                *s/ David S. Jones*
                                                    Honorable David S. Jones
                                                    United States Bankruptcy Judge